UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ERIC S. BATOT,<br><br>    Plaintiff,<br><br>  v.<br><br>A.R.M. SOLUTIONS, INC.,<br><br>    Defendant. | Case No. 2:24-cv-05165-PSG(AJRx)<br><br>**ORDER [13]** |

  Plaintiff, ERIC S. BATOT ("Plaintiff"), by and through the undersigned attorney, having filed with this Court his Notice of Voluntary Dismissal without Prejudice and the Court having reviewed same, now finds that this matter should be dismissed as to Defendant, A.R.M. SOLUTIONS, INC.

  IT IS THEREFORE ORDERED by this Court that the above cause of action is hereby dismissed, with prejudice, as to A.R.M. SOLUTIONS, INC. Each party shall bear its own costs and attorney fees.

Dated: August 15, 2024

            Philip S. Gutierrez
           United States District Judge

1